UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

ISAIAS BERMUDEZ, 03-A-4627,

          Plaintiff,

-v-

JAMES T. CONWAY, D. BAROWSKI,
SCOTT BOSWORTH, JOHN SCHUCK,
DURAN CRANE, and CRAIG BALCER,

          Defendants.



-PS-O

DECISION AND ORDER
10-CV-6088Fe

By order dated April 22, 2010, the Court denied plaintiff's request to proceed *in forma pauperis* and directed plaintiff to submit the civil filing fee by June 4, 2010 or the action would be dismissed.

Plaintiff has failed to comply with the Court's order or seek relief therefrom. Accordingly, this action is dismissed without prejudice pursuant to 28 U.S.C. § 1915 (g).

SO ORDERED.

Dated: July 12, 2010
Rochester, New York

                                            Charles J. Siragusa
                                            CHARLES J. SIRAGUSA
                                            United States District Judge